# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

> Application **GRANTED**. The initial pretrial conference scheduled for August 21, 2024, is adjourned to **September 25, 2024, at 4:20pm**. The materials described at Dkt. 7 shall be filed by **September 18, 2024.** No further adjournments shall be granted absent a showing of good cause.
>
> Dated: August 12, 2024
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

August 10, 2024

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007-1312

    Re:    Velasquez v. Fish House & Grocery LLC, et al.
             Case 1:24-cv-04462-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    The Initial Pretrial Conference in this matter is currently scheduled for August 21, 2024, at 4:20 p.m., in Your Honor's Courtroom. We were contacted by an attorney who said he will be representing Fish House & Grocery LLC, but perhaps will be representing both, but at this time the attorney has not been formally retained, nor has made an appearance.
\
    As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment from the August 21st date of the upcoming Conference to a date most convenient to this Honorable Court. Thank you for your consideration of this second adjournment request.

    Sincerely,

    By: /S/ B. Bradley Weitz
        B. Bradley Weitz, Esq. (BW9365)
        THE WEITZ LAW FIRM, P.A.
        Attorney for Plaintiff
        Bank of America Building
        18305 Biscayne Blvd., Suite 214
        Aventura, Florida 33160
        Telephone: (305) 949-7777
        Facsimile: (305) 704-3877
        Email: bbw@weitzfirm.com