UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,
                             Plaintiff,

                   24 Civ. 4462 (LGS)

        -against-

                   ORDER

FISH HOUSE & GROCERY LLC., et al.,
                           Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated August 12, 2024, required the parties to file a proposed case management plan and joint letter by September 18, 2024;

       WHEREAS, the initial pretrial conference is currently scheduled for September 25, 2024, at 4:20 P.M.;

       WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

       **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **September 23, 2024, at 12:00 P.M.**

Dated: September 19, 2024
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE