UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,
                              Plaintiff,

-against-

FISH HOUSE & GROCERY LLC, ET AL.,
                              Defendants.
------------------------------------------------------------X

24 Civ. 4462 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the case management plan and scheduling Order dated September 23, 2024, 2024, required the parties to file a joint status letter by December 10, 2024.

      WHEREAS, the Order states that use of any alternative dispute resolution mechanism does not stay or modify any date in the Order.

      WHEREAS, the parties failed to submit the letter.  It is hereby

      **ORDERED** that the parties shall file the joint status letter by December 13, 2024.

Dated: December 11, 2024
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE