# LAW OFFICE OF VICTOR J. MOLINA

930 Grand Concourse, Suite 1A  
Bronx, New York 10451  
**ADMITTED IN N.Y. & N.J**

Tel. (718) 401-1600  
Fax (718) 401-1611  
e-mail: v.j.molina@verizon.net

## BENJAMIN SHARAV
Tel.: 917-392-9887 (Direct)  
e-mail: juris_ben@msn.com

**ADMITTED IN N.Y.**

January 6, 2025

**VIA ECF**

Honorable Judge Lorna G. Schofield  
Thurgood Marshall United States Courthouse  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Re:   Velasquez v. Fish House & Grocery LLC, et al.  
        Case No.: 1:24-cv-04462-LGS  
        <u>Letter Motion to File Under Seal</u>

Dear Hon. Judge Schofield:

I request that the attached document—a hospital record pertaining to a non-party--the wife of Adnan Elsamet, principal of defendant Fish House & Grocery LLC, et al., be filed under seal.

Respectfully Submitted,

Benjamin Sharav  
Attorney for Defendants  
Victor J. Molina

---

*Defendant's application to seal Dkt. No. 31-1 is **GRANTED** pursuant to Federal Rule of Civil Procedure 5.2(d). Counsel for Defendant shall review the Court's Individual Rules regarding the sealing of documents.*

*The Clerk of Court is respectfully directed to seal Dkt. No. 31-1 and to permit viewing only by the parties and the Court.*

Dated: January 7, 2025  
New York, New York

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE